UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL JAY PEREZ,

                Plaintiff,

  v.

CHERYL STRANGE et al.,

                Defendants.

Case No. C23-05008-JHC-SKV

ORDER TO SHOW CAUSE AND DENYING MOTION FOR PERSONAL SERVICE AS MOOT

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Daniel Jay Perez proceeds *pro se* and *in forma pauperis* in this case. *See* Dkt. 6. On February 9, 2023, the Court issued an order directing service by e-mail of Plaintiff's amended complaint on eighteen named Defendants. Dkt. 8. Included with the service materials were requests that each Defendant waive service of summons in this action. *Id.*

On March 13, 2023, the Court received waivers of service from thirteen Defendants: Dantavian Eleam, Karie Rainer, Monte Walker, Lisa Anderson, Keith Schafer, Michael Clayton, Howard Madison, Tanner Feemster, Charles Gray, Amy Hamilton, Tanya Browne, Susan Warner, and Cheryl Strange. Dkts. 10-22. Counsel entered a notice of appearance on behalf of these thirteen Defendants, as well as Defendant Larry Conner. Dkt. 9. On March 15, 2023, Plaintiff

ORDER TO SHOW CAUSE AND DENYING
MOTION FOR PERSONAL SERVICE AS MOOT -
1

filed a motion requesting that the Court issue an order directing personal service on Defendants Christina Kalumbi, Traci Drake, Jack Warner, and Kari Styles. Dkt. 23. Plaintiff indicated that he had already received waivers of service from the other fourteen Defendants. *Id.* The Court received waivers of service from Defendants Drake and Warner on March 16, 2023, and from Defendants Styles and Kalumbi on March 22, 2023. Dkts. 24-27.

The Court has not received a service waiver from Defendant Conner and, because the service materials directed to him were not returned to the Court, the Court presumes he received them. The fact that Defendant Conner is identified in counsel's notice of appearance suggests that he is aware of and intends to participate in this lawsuit, and that the failure to return the service waiver is a mere oversight. It is also conceivable, however, that Defendant Conner has not received any notice of this lawsuit and that counsel's notice of appearance was over-inclusive. The status of Defendant Conner must be clarified so that additional steps can be taken to effectuate service on this Defendant, if necessary.

//

//

//

//

//

//

//

//

//

//

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Defendant Larry Conner shall SHOW CAUSE within **_twenty-one (21) days_** why the Court should not direct that he be personally served and why the cost of such personal service should not by assessed pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

(2) Because the Court has received waivers of service from Defendants Kalumbi, Drake, Warner, and Styles, Plaintiff's motion requesting personal service on these Defendants is DENIED as moot.

(3) The Clerk is directed to send copies of this order to the parties and to the Honorable John H. Chun.

Dated this 28th day of March, 2023.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge