UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>                      Plaintiff,<br><br>    v.<br><br>CHERYL STRANGE, *et al.*,<br><br>                     Defendants. | Case No. C23-5008-JHC-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

      This is a civil rights action proceeding under 42 U.S.C. § 1983. On May 2, 2023, this Court entered an Order establishing pretrial deadlines in this matter. Dkt. 35. On June 5, 2023, the parties filed a stipulated motion to extend the pretrial deadlines. Dkt. 38. The parties indicate therein that they require additional time to seek evidence and schedule depositions as a result of unspecified delays and scheduling conflicts. *Id*. at 1. The parties further indicate that Plaintiff has recently retained counsel who needs time to generate a discovery plan and conduct discovery. *Id*. The parties request and three-month extension of the existing deadlines. *See id*. at 2. The Court concludes that the parties have demonstrated good cause for the requested extension, based primarily on the fact that counsel has only recently appeared on Plaintiff's behalf.

ORDER GRANTING STIPULATED
MOTION TO EXTEND PRETRIAL
DEADLINES - 1

Accordingly, the Court hereby ORDERS as follows:

(1) The parties' stipulated motion to extend the pretrial deadlines in this matter (Dkt. 38) is GRANTED.

(2) The discovery deadline in this matter is extended from August 1, 2023, to **November 1, 2023**. The dispositive motion filing deadline is extended from September 1, 2023, to **December 1, 2023**. The parties are advised that a due date for filing a Joint Pretrial Statement may be established at a later date pending the outcome of any dispositive motions.

(3) The Clerk of Court is directed to send copies of this Order to all counsel of record, and to the Honorable John H. Chun.

Dated this 12th day of June, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING STIPULATED
MOTION TO EXTEND PRETRIAL
DEADLINES - 2