UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>                           Plaintiff,<br><br>   v.<br><br>CHERYL STRANGE, *et al.*,<br><br>                          Defendants. | Case No. C23-5008-JHC-SKV<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

      This is a civil rights action proceeding under 42 U.S.C. § 1983. On May 2, 2023, this Court entered an Order establishing pretrial deadlines in this matter. Dkt. 35. On June 5, 2023, the parties filed a stipulated motion seeking to extend the discovery and dispositive motion filing deadlines by ninety days. Dkts. 38. The Court issued an Order on June 12, 2023, granting the parties' motion and extending the discovery deadline to November 1, 2023, and the dispositive motion filing deadline to December 1, 2023. Dkt. 39. The parties have now filed a second stipulated motion to extend the discovery and dispositive motion filing deadlines, this time by an additional forty-five days. Dkt. 48. The parties indicate in their motion that a dispute has arisen over video evidence received by Plaintiff in response to his requests for production and Plaintiff's counsel requires additional time to further pursue this matter. *Id*.

ORDER GRANTING SECOND
STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES - 1

The Court is satisfied that the parties have demonstrated good cause for the requested extension. Accordingly, the Court hereby ORDERS as follows:

(1) The parties' second stipulated motion to extend the pretrial deadlines (Dkt. 48) is GRANTED.

(2) The discovery deadline is extended from November 1, 2023, to **December 15, 2023**. The dispositive motion filing deadline is extended from December 1, 2023, to **January 15, 2024**. The parties are once again advised that a due date for filing a Joint Pretrial Statement may be established at a later date pending the outcome of any dispositive motions.

(3) The Clerk of Court is directed to send copies of this Order to all counsel of record, and to the Honorable John H. Chun.

Dated this 30th day of October, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING SECOND
STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES - 2