UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CHERYL STRANGE, *et al.*,<br><br>          Defendants. | Case No. C23-5008-JHC-SKV<br><br>ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on the parties' third stipulated motion to extend the pretrial deadlines in this matter. Dkt. 53. This Court entered its original Order establishing pretrial deadlines on May 2, 2023. Dkt. 35. In June 2023, and again in October 2023, the parties requested and were granted extensions of those deadlines. *See* Dkts. 38, 39, 48, 50. Most recently, on October 30, 2023, the Court granted the parties' second stipulated motion to extend pretrial deadlines, and extended the discovery deadline to December 15, 2023, and the dispositive motion filing deadline to January 15, 2024. Dkt. 50.

The parties have now filed a third stipulated motion seeking to extend the pretrial deadlines, this time requesting an additional six weeks to complete discovery and file any

ORDER GRANTING THIRD
STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES - 1

dispositive motions.[1]  Dkt. 53.  In support of this request, the parties cite to the need to conduct discovery pertaining to the recently filed amended complaint and the answer thereto.  *See id*. at 1.  The motion also indicates Plaintiff's counsel requires additional time to obtain video evidence that was requested in discovery, but that Defendants have not yet been able to produce in full.  *Id*. at 2.

The Court is satisfied that the parties have demonstrated good cause for the requested extension.  Accordingly, the Court hereby ORDERS as follows:

(1) The parties' third stipulated motion to extend pretrial deadlines (Dkt. 53) is GRANTED.

(2) The discovery deadline is extended from December 15, 2023, to **February 1, 2024**.  Any motions to compel discovery shall be filed and served not later than **February 15, 2024**.  The dispositive motion filing deadline is extended from January 15, 2024, to **February 29, 2024**.

(3) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable John H. Chun.

Dated this 6th day of December, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

---

[1] Plaintiff requests in the instant motion that the Court disregard the parties' second stipulated motion to extend pretrial deadlines.  *See* Dkt. 53 at 1.  However, Plaintiff fails to explain why this is either necessary or appropriate.  Regardless, given that the Court granted the parties' prior stipulation, any request that the Court disregard the stipulation is moot.

ORDER GRANTING THIRD
STIPULATED MOTION TO EXTEND
PRETRIAL DEADLINES - 2