# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL JAY PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHERYL STRANGE, et al,<br><br>    Defendants. | NO. 3:23-cv-05008-JHC-SKV<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIEL JAY PEREZ, by and through his attorney of record, DARRYL PARKER, and Defendants by and through their attorneys of record, ROBERT W. FERGUSON, Attorney General, MICHELLE YOUNG, Assistant Attorney General, that the parties to this action agree to the dismissal of the Defendants with prejudice, in the above-entitled action.

DATED this 8th day of May, 2024

s/ Michelle Young  
MICHELLE YOUNG, WSBA #52423  
Assistant Attorney General  
Attorney for Defendants

s/ Darryl Paker  
DARRYL PARKER, WSBA #30770  
Civil Rights Justice Center, PLLC  
Attorney for Plaintiff

## ORDER

THIS MATTER having come before this Court on the stipulation of the parties requesting a dismissal of Plaintiff DANIEL J. PEREZ'S claims against the Defendants (Dkt. # 89), and the Court having been advised in the premises, now, therefore,

IT IS HEREBY ORDERED, that Plaintiff DANIEL J. PEREZ's claims against the Defendants in the above-referenced cause of action, are hereby dismissed with prejudice. Each party shall bear their own legal fees and costs.

DATED this 8th day of May, 2024.

*/s/ John H. Chun*
John H. Chun
U.S. District Court Judge